# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> DOMONIQUE DARNELL SMALL ) <br> ) <br> ) | DOCKET NO. **3:24 CR 8-RJC** <br><br> **BILL OF INDICTMENT** <br><br> Violation: <br>     18 USC § 922(g)(1) |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of Firearm by Felon)*

On or about September 11, 2023, in Mecklenburg County, within the Western District of North Carolina,

**DOMONIQUE DARNELL SMALL**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm in and affecting commerce, that being, a FNH, Model 509, 9mm semi-automatic pistol.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms or ammunition involved or used in the violation set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

    a.    a FNH, Model 509, 9mm semi-automatic pistol and ammunition seized from the vehicle of **DOMONIQUE DARNELL SMALL** at 7925 Forest Pond Drive in Charlotte, North Carolina on September 11, 2023.

A TRUE BILL:

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
SHAVONN BENNETTE
ASSISTANT UNITED STATES ATTORNEY

2

Case 3:24-cr-00008-JHY-SCR   Document 1   Filed 01/17/24   Page 2 of 2